UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-MJ-1906

IN RE:                              :
                                    :
The Matter of the Search of         :   ORDER TO SEAL
of Premises Located at              :
3700-B Wilson Street,               :
Farmville, North Carolina           :
(Hill's Tax Service)                :

Upon motion of the United States, it is hereby ORDERED that the above-captioned case, and all docketed materials relating thereto, be sealed. Good cause exists based on reasons in motion.

It is FURTHER ORDERED that the Clerk unseal the case upon motion of the United States Attorney.

This the 31 day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
JAMES E. GATES

3