UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-MJ-1906

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES LOCATED AT 3700-B WILSON STREET, FARMVILLE, NORTH CAROLINA (HILL'S TAX SERVICE) | ORDER TO UNSEAL SEARCH WARRANT |

Upon motion of the government, by and through the United States Attorney for the Eastern District of North Carolina, the previously-requested Application, Affidavit, and Order authorizing the search warrant in the above-captioned matter are hereby ORDERED unsealed.

This the 9 day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Robert B. Jones, Jr.
US Magistrate Judge